FILED

2004 NOV 10 A 10: 20

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF<br><br>V.<br><br>JULIUS GARNER<br>DEFENDANT | CRIMINAL NO.: 3:02cr250 (AWT)<br><br>November 9, 2004 |

## MOTION FOR PERMISSION TO TRAVEL

The Defendant, **JULIUS GARNER**, moves the Court for permission to travel to 89 Green Town Road, Georgetown, South Carolina from December 23, 2004 through January 2, 2005, for the following reasons:

1. That the Defendant is awaiting sentencing, and has been released on bond by this Court since November 21, 2002. Since that time the Defendant has had no incidents and has been commended for his rehabilitative efforts by the Office of U.S. Probation and the Court.

2. That from December 23, 2004 through January 2, 2005, the Defendant's fiancé, Loretta Gibson, will be spending the Christmas holiday with her brother, Mack Nesmith, in Georgetown, South Carolina at the above referenced

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J
Hartford, CT    11/12/04

U.S. DISTRICT COURT
HARTFORD, CT
2004 NOV 12 P 3:51
FILED