UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : NO. 3:02CR250 (AWT) |
| JULIUS GARNER | : November 15, 2004 |

**GOVERNMENT'S RESPONSE TO MOTION FOR PERMISSION TO TRAVEL**

The Government is in receipt of the defendant's motion of November 9, 2004 in which he seeks permission to travel to 89 Green Town Road, Georgetown, South Carolina with his fiancé to spend the holidays with her family.  Subject to the recommendation of the supervising pre-trial services officer, the Government does not object to the request.

                                            Respectfully submitted,

                                            KEVIN J. O'CONNOR
                                            UNITED STATES ATTORNEY

                                            H. GORDON HALL
                                            ASSISTANT U.S. ATTORNEY
                                            157 CHURCH STREET
                                            NEW HAVEN, CT 06510
                                            (203) 821-3700
                                            FEDERAL BAR NO. CT05153

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing was mailed, postage pre-paid, this 15th day of November, 2004 to:

Michael S. Hillis, Esq.
205 Whitney Avenue
New Haven, CT 06511

_____
H. Gordon Hall
Assistant U.S. Attorney

2