UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| PLAINTIFF | ) | CRIMINAL NO.: 3:02cr250 (AWT) |
| | ) | |
| **V.** | ) | |
| | ) | |
| | ) | August 4, 2005 |
| **JULIUS GARNER** | ) | |
| DEFENDANT | ) | |
| | ) | |

**MOTION FOR ORDER TO TERMINATE REQUIREMENT OF A HALFWAY HOUSE AND EMPLOY ELECTRONIC MONITORING**

The Defendant, **JULIUS GARNER**, moves the Court for an order terminating the halfway house requirement and in the alternative subject the Defendant to electronic monitoring for the duration of his sentence for the following reasons:

1. That the Defendant, as ordered by the Court and instituted by the Office of U.S. Probation, has been housed at the Watkinson Center located at 136 Collins Street, Hartford, Connecticut. He has willingly complied with all regulations imposed by the facility.

2. That the Defendant is currently employed by Silk Town Roofing as a contractor. The summer season is his biggest season, which requires that he work approximately fourteen (14) hours per day or until the job is complete. The hours vary from day to day, often resulting in an ending time of 8:00 p.m. to 9:00 p.m.

3. That the Watkinson Center has instituted a curfew of 7:00 p.m. and has limited

the Defendant to ten (10) hours of work time per day. That although the Defendant understands the necessity of said curfew, it has since caused his employer to impose a temporary lay off until his able to work the required hours.

4. That the Watkinson Center has also instituted a regulation that the Defendant maintain employment. The two regulations are at odds with regard to the Defendant. He currently has employment and makes a steady income. To maintain employment is central to the Defendant's rehabilitation and to continue his quest to be a productive member of society.

5. That the Defendant consulted with United States Probation Officer Otto Rothi about this situation, and it was Mr. Rothi's suggestion that the Defendant seek relief by way of the instant motion.

6. That as an alternative solution the Defendant would agree to subject himself to electronic monitoring with an extended curfew for the remainder of his sentence, which would allow more flexible work hours.

WHEREFORE, the Defendant respectfully requests that this Court issue an order terminating his requirement of a halfway house and impose electronic monitoring for the remainder of his sentence.

THE DEFENDANT
**JULIUS GARNER**

BY: *[signature]*
MICHAEL S. HILLIS
DOMBROSKI, KNAPSACK & HILLIS, LLC
205 Whitney Avenue
New Haven, CT 06511
(203) 624-9096
ct11867

### CERTIFICATION

    I hereby certify that a true copy of the foregoing was mailed, postage prepaid, this 4th day of August, 2005, to all counsel of record.

**H. GORDON HALL, AUSA**
Office of the United States Attorney
157 Church Street, 23rd Floor
New Haven, Connecticut 06106

**OTTO ROTHI, USPO**
Office of U.S. Probation
450 Main Street
Hartford, Connecticut 06106

**THE HONORABLE ALVIN W. THOMPSON**
U.S. District Court
450 Main Street
Hartford, Connecticut 06103

*[signature]*
MICHAEL S. HILLIS