648

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 3:02cr250 (AWT) |
| PLAINTIFF | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| | ) | August 4, 2005 |
| JULIUS GARNER | ) | |
| DEFENDANT | ) | |
| ———————————————— | ) | |

## MOTION FOR ORDER TO TERMINATE REQUIREMENT OF A HALFWAY HOUSE AND EMPLOY ELECTRONIC MONITORING

The Defendant, **JULIUS GARNER**, moves the Court for an order terminating the

halfway house requirement and in the alternative subject the Defendant to electronic monitoring

for the duration of his sentence for the following reasons:

1.     That the Defendant, as ordered by the Court and instituted by the Office of U.S.

Probation, has been housed at the Watkinson Center located at 136 Collins Street, Hartford,

Connecticut.   He has willingly complied with all regulations imposed by the facility.

2     That the Defendant is currently employed by Silk Town Roofing as a contractor.

The summer season is his biggest season, which requires that he work approximately fourteen

(14) hours per day or until the job is complete.   The hours vary from day to day, often resulting

in an ending time of 8:00 p.m. to 9:00 p.m.

3.     That the Watkinson Center has instituted a curfew of 7:00 p.m. and has limited

DENIED.  It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   9 /2/05