# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. Julius Garner

**Docket No. 3:02CR00250(AWT)**

### PETITION ON PROBATION AND SUPERVISED RELEASE

    COMES NOW Otto Rothi, Probation Officer of the Court, presenting an official report upon the conduct and attitude of Julius Garner who was sentenced to time served for a violation of 21 U.S.C. § 843, Use of a Telephone to Facilitate a Narcotics Trafficking Offense, by the Honorable Alvin W. Thompson, U.S. District Judge sitting in the court at Hartford, Connecticut on June 2, 2005 who fixed the period of supervision at one year which commenced on June 2, 2005 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall be placed in community confinement at the Watkinson House in Hartford, Connecticut for a period of six months, to commence as soon as a placement is available to him; 2) The defendant shall participate in a substance abuse treatment program, which may be either inpatient or outpatient, and may include random testing, and the details as to the selection and schedule of the program shall be approved by the U.S. Probation Office. The defendant shall pay all, or part of, the costs associated with substance abuse treatment, based on his ability to pay as approved by the U.S. Probation Office; 3) The defendant shall maintain full-time employment and/or seek educational/vocational training. If at any time the defendant becomes unemployed, he shall notify the U.S. Probation Office within 24 hours and report promptly to the U.S. Probation Office to discuss whether appropriate modifications should be made to his conditions of supervised release; and 4) The defendant shall refrain from being in the presence of persons who are using or selling controlled substances.  On June 2, 2005, Mr. Garner started his supervised release term with a scheduled termination date of June 1, 2006.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

Special Condition 1: "The defendant shall be placed in community confinement at the Watkinson House in Hartford, Connecticut for a period of six months, to commence as soon as a placement is available to him."

On June 24, 2005, Mr. Garner commenced confinement at Watkinson House in Hartford with an anticipated release date of December 24, 2005. However, on October 3, 2005, Mr. Garner was unsuccessfully terminated from the Watkinson House based on a series of violations of program rules.

    PRAYING THAT THE COURT WILL ORDER that this petition will serve as a summons directing Julius Garner to appear before this court at Hartford, Connecticut, on October _28_, 2005 at _2pm_ to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this _19th_ day of October 2005 and ordered filed and made a part of the records in the above case.

_____
~~Alvin W. Thompson~~
United States District Judge

Sworn to By _____
_Otto Rothi_
Otto Rothi
United States Probation Officer

Place Hartford, Connecticut _____

Date _10-19-05_

Before me, the Honorable Alvin W. Thompson United States District Judge, on this _19th_ day of October 2005 at Hartford, Connecticut, U.S. Probation Officer Otto Rothi appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

_____
The Honorable Alvin W. Thompson
United States District Judge