UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.   CRIMINAL NO.: 3:02CR00250(AWT)

JULIUS GARNER

### ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

On June 2, 2005, the defendant was sentenced by the undersigned for a violation of 21 U.S.C. § 843, Use of a Telephone to Facilitate a Narcotics Trafficking Offense, to time served followed by one year of supervised release. In addition, the following special conditions were imposed: 1) the defendant shall be placed in community confinement at the Watkinson House in Hartford, Connecticut for a period of six months, to commence as soon as a placement is available to him; 2) the defendant shall participate in a substance abuse treatment program, which may be either inpatient or outpatient, and may include random testing, and the details as to the selection and schedule of the program shall be approved by the U.S. Probation Office; the defendant shall pay all, or a portion of, the costs associated with substance abuse treatment, based on his ability to pay as approved by the U.S. Probation Office; 3) the defendant shall maintain full-time employment and/or seek education/vocational training; if at any time the defendant becomes unemployed, he shall notify the U.S. Probation Office within 24 hours and report promptly to the U.S. Probation Office to discuss whether appropriate modifications should be made to his conditions of supervised release; and 4) the defendant shall refrain from being in the presence of persons who are using or selling controlled substances.

On November 4, 2005, the supervised releasee appeared before the court to answer charges that he violated the conditions of his supervised release, as set forth in the Petition on Probation and Supervised Release dated October 19, 2005. The supervised releasee was represented by defense counsel Michael S. Hillis and given the opportunity to be heard, and the hearing was continued until such time as the court could determine whether a period of home confinement could be effectively substituted for the special condition requiring a period of six months of community confinement.

Accordingly, it is hereby ordered that the conditions of supervised release be modified as follows:

> The defendant shall be placed on home confinement with electronic monitoring for a period of three months. The cost of such monitoring shall be paid by the defendant. The defendant shall make all provisions necessary for the appropriate installation and operation of electronic monitoring. Further, the defendant shall comply with all conditions of electric monitoring, as imposed by the U.S. Probation Officer.

The Judgment shall remain the same in all other respects.

Signed and dated at Hartford, Connecticut this 10th day of November 2005.

_____
Alvin W. Thompson
United States District Judge